THE STATE EX REL. KYLE, APPELLANT, *v.* CITY OF AKRON;
INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Kyle v. Akron* (1999), 85 Ohio St.3d 371.]

(No. 98–1416—Submitted February 23, 1999—Decided April 28, 1999.)

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Nancy Q. Walker,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals.